**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APEX INTERNATIONAL INC d/b/a RAVEN FINE JEWELERS; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 5:21-cv-00317-JWH-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**<br><br>[L.R. 144 (A)] |

1  As a result of the Parties' Stipulation and good cause appearing therefor, the
2  Court hereby **GRANTS** the Parties' Stipulation and **ORDERS** that Brett DeSalvo
3  shall have an extension of thirty (30) days, to July 30, 2021, in which to file
4  dispositive documents.
5  **IT IS SO ORDERED.**

7  DATED: July 2, 2021

8  Honorable John W. Holcomb
   United States District Judge