WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>APEX INTERNATIONAL INC d/b/a RAVEN FINE JEWELERS; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-00317-JWH-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**<br><br>**[L.R. 144 (A)]** |

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Brett DeSalvo shall have an extension of fourteen (14) days, to August 13, 2021, in which to file dispositive documents.

**IT IS SO ORDERED.**

DATED: August 3, 2021



Honorable John W. Holcomb
United States District Judge

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS**